UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DIST. OF COURT
DISTRICT OF HAWAII

DEC 29 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

| | |
|---|---|
| JOHN DOE, a minor, by his mother and next friend, Jane Doe nfr Jane Doe,<br><br>Plaintiff - Appellant,<br><br>And<br><br>JOSEPHINE H. JOSEPHINE HELELANI PUAHI RABAGO,<br><br>Intervenor,<br><br>V.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al.,<br><br>Defendants - Appellees. | No.  04-15044<br>D.C. No.  CV-03-00316-ACK<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Case 1:03-cv-00316-ACK-LEK   Document 58   Filed 12/29/2006   Page 2 of 2

Filed and entered 12/05/06

