INTERNAL USE ONLY: Proceedings include all events.
04-15044 Doe, et al v. Kamehameha Schools, et al

| | |
|---|---|
| JOHN DOE, a minor, by his mother and next friend, Jane Doe nfr Jane Doe<br>    Plaintiff - Appellant | John W. Goemans, Esq.<br>808/887-1199<br>[COR LD NTC ret]<br>P.O. Box 2849<br>Kamuela, HI 96743<br><br>Eric Grant, Esq.<br>FAX 916-691-3261<br>916-388-0833<br>Suite 101<br>[COR LD NTC ret]<br>ATTORNEY AT LAW<br>8001 Folsom Boulevard<br>Sacramento, CA 95826 |
| JOSEPHINE H. JOSEPHINE HELELANI PUAHI RABAGO<br>    Intervenor | |
| v. | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE<br>    Defendant - Appellee | Emmett B. Lewis<br>202/626-6090<br>Suite 900<br>[COR LD NTC ret]<br>MILLER & CHEVALIER, CHARTERED<br>Metropolitan Square<br>655 15th Street NW<br>Washington, DC 20005<br><br>David Schulmeister, Esq.<br>FAX 521-9210<br>808-521-9200<br>Suite 1200<br>[COR LD NTC ret]<br>CADES, SCHUTTE, FLEMING AND WRIGHT<br>1000 Bishop Street<br>Honolulu, HI 96813-4216<br><br>Kathleen M Sullivan<br>FAX<br>415/725-9875<br>[COR LD NTC ret]<br>STANFORD LAW SCHOOL LEGAL CLINICS<br>Crown Quadrangle<br>559 Nathan Abbott Wy.<br>Stanford, CA 94305-8610 |
| CONSTANCE LAU, in her capacity as Trustee of the Kamehameha Schools/Bernice Pauahi Bishop | Emmett B. Lewis<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
04-15044 Doe, et al v. Kamehameha Schools, et al

| | |
|---|---|
| Estate<br>    Defendant - Appellee | Jay L. Carlson, Esq.<br>202/626-6090<br>Suite 900<br>[COR LD ret]<br>MILLER & CHEVALIER, CHARTERED<br>Metropolitan Square<br>655 15th Street NW<br>Washington, DC 20005<br><br>David Schulmeister, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Crystal K. Rose, Esq.<br>(808)523-9000<br>16th Floor<br>[COR LD NTC ret]<br>BAYS, DEAVER, HIATT, LUNG & ROSE<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Kathleen M Sullivan<br>(See above)<br>[COR LD NTC ret] |
| NAINOA THOMPSON, in his<br>capacity as Trustee of the<br>Kamehameha Schools/Bernice<br>Pauahi Bishop Estate<br>    Defendant - Appellee | Emmett B. Lewis<br>(See above)<br>[COR LD NTC ret]<br>Jay L. Carlson, Esq.<br>(See above)<br>[COR LD ret]<br><br>David Schulmeister, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Crystal K. Rose, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Kathleen M Sullivan<br>(See above)<br>[COR LD NTC ret] |
| DIANE J. PLOTTS, in her<br>capacity as Trustee of the<br>Kamehameha Schools/Bernice<br>Pauahi Bishop Estate<br>    Defendant - Appellee | Emmett B. Lewis<br>(See above)<br>[COR LD NTC ret]<br>Jay L. Carlson, Esq.<br>(See above)<br>[COR LD ret]<br><br>David Schulmeister, Esq.<br>(See above) |