**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

**OFFICIAL BUSINESS**

RETURN SERVICE REQUESTED




```
02 1M                    $ 03.03⁰
0004217591        JAN 03 2007
MAILED FROM ZIP CODE 96817
```

```
GOEM849    957434000 1806 03 01/12/07
           RETURN TO SENDER
GOEMANS
           BOX CLOSED
           UNABLE TO FORWARD
           RETURN TO SENDER
```

**RECEIVED**
CLERK U.S. DISTRICT COURT

JAN 16 2007

DISTRICT OF HAWAII

JOHN W. GOEMANS
PO BOX 2849
KAMUELA, HI 96743

CV 03-316