DATE: February 15, 2007

TO:   USDC   District of Hawaii

FROM: US COURT OF APPEALS -- NINTH CIRCUIT by: Judge Graber

CA# 04-15044        DC# CV-03-00316-ACK

TITLE  Doe v. Kamehameha Schools

RECORD RETURNED TO DISTRICT COURT:

    8    VOL. CLERK'S FILE

    1    VOL. REPORTER'S TRANSCRIPT

    OTHER _____

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 20 2007
2:40 pm
DISTRICT OF HAWAII

One memo per case, please.

cc: Records Unit, Clerk's Office, San Francisco